IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-00656

**DR. JARIN M. WRAY**, )
)
Plaintiff, )
)
v. ) **NOTICE OF REMOVAL**
)
**RTX CORPORATION**, )
)
Defendant. )
)

PLEASE TAKE NOTICE that Defendant RTX Corporation ("RTX") removes the above-captioned case to this Honorable Court and provides notice of the same to Plaintiff Jarin M. Wray ("Plaintiff"). RTX states the following in support of removal.

## STATE COURT ACTION

1. On or about July 29, 2025, Plaintiff filed a Complaint against RTX in the Superior Court for Mecklenburg County, North Carolina (Case No. 25CV038897-590). With the Complaint, Plaintiff attached approximately 300 pages of Exhibits, many of which include RTX's confidential and proprietary information. Compl., attached as **Exhibit 1**.

2. On or about July 29, 2025, Plaintiff applied for and had issued a Civil Summons against RTX. Summons, attached as **Exhibit 2**.

3. In the Complaint, Plaintiff seeks recovery for damages allegedly suffered as a result of the termination of his employment and other alleged fraudulent or illegal conduct by RTX. Plaintiff puts federal statutes at issue, including the False Claims Act, 31 U.S.C. §§ 3729-3733, Dodd-Frank Act, 12 U.S.C. §§ 5301, 5481-5603, Sarbanes-Oxley Act, 15 U.S.C. §§ 7201-7266, Foreign Corrupt Practices Act, 15 USC §§ 78dd-1, *et seq.*, International Traffic in Arms Regulations ("ITAR"), 22 C.F.R. Parts 120-130, Export Administration Regulations ("EAR"), 15

C.F.R. Parts 730-774, as well as the corresponding whistleblower protections from the Sarbanes-Oxley Act, 18 U.S.C. § 1514A, and other federal statutes criminalizing conspiracy to defraud the United States, 18 U.S.C. § 371, securities and commodities fraud, 18 U.S.C. § 1348, and money laundering, 18 U.S.C. § 1956.

4. Following service, RTX appeared before the Superior Court in Mecklenburg County for the limited purpose of sealing certain confidential and proprietary information Plaintiff filed as Exhibits to the Complaint. RTX filed a Motion to Seal on August 6, 2025 to remove the confidential and proprietary information from the public docket.

5. On August 11, 2025, Plaintiff filed an Objection to RTX's Motion to Seal. That document included additional confidential and proprietary information.

6. The Superior Court of Mecklenburg County held an argument on August 14, 2025 and issued orders granting the Motion to Seal on August 19, 2025.

## TIMELINESS

7. RTX was served via certified mail with a copy of the Summons or Complaint on August 1, 2025.

8. The Notice of Removal is timely filed pursuant to the requirements set forth in 28 U.S.C. § 1446(b)(1) because it is filed withing thirty days after service of the Complaint.

## JURISDICTION

9. This action is one over which the Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, in that Plaintiff's claims present a federal question by requiring construction and interpretation of various federal statutes, and is one that may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, because this is the district court of the United States for the district and division in which such State action is pending.

10. There is complete diversity of citizenship between Plaintiff and RTX. Plaintiff is a citizen of the State of North Carolina. RTX is a corporation incorporated under the laws of the State of Delaware with its principal place of business located in the Commonwealth of Virginia.

11. The action arises under the laws of the United States.

12. The Complaint identifies multiple federal statutes at issue in the case: 18 U.S.C. §§ 371, 1348, 1514A, and 1956, the False Claims Act, Dodd-Frank Act, Sarbanes-Oxley Act, Foreign Corrupt Practices Act, ITAR, and EAR. Compl. at 3.

13. The Complaint expressly states that there is a basis for federal court jurisdiction as a federal question case. *Id.* (checking the box for "Federal Question" jurisdiction on the template complaint form for this Court).

14. Accordingly, this Court has subject matter jurisdiction over this civil action under 28 U.S.C. § 1331, because the case poses a federal question, which entitles RTX to remove this action to the Federal Court sitting in the Western District of North Carolina, Charlotte Division. *See* 28 U.S.C. § 1441(a). In the event the Court finds this Notice to be deficient, RTX respectfully requests the opportunity to cure any such defect including the submission of appropriate jurisdictional discovery, before any adverse ruling is made.

## VENUE AND OTHER MATTERS

15. This case is properly removed to the Western District of North Carolina, Charlotte Division, because Plaintiff filed his Complaint in the Superior Court for Mecklenburg County, North Carolina. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 113.

16. Written notice of the filing of this Notice of Removal will be provided to Plaintiff and filed with the Clerk of the Superior Court for Mecklenburg County, North Carolina, in accordance with 28 U.S.C. § 1446(d), promptly after the filing of this Notice in this Court.

17. A complete copy of the state court file, which includes copies of all process, pleadings, and orders served in the state court action, is attached hereto as **Exhibits 1-22**, in accordance with 28 U.S.C. § 1446(a).

18. RTX notes that several of the Exhibits to the Complaint have been sealed in whole or in part by the Superior Court. RTX therefore files a motion to seal the relevant portions of those Exhibits concurrently with this Notice.

WHEREFORE, Defendant RTX Corporation removes the above-captioned case to the United States District Court for the Western District of North Carolina, Charlotte Division.

Respectfully submitted, this 29th day of August, 2025.

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**

*/s/ C. Michael Anderson*
Kirk G. Warner
N.C. State Bar No. 16238
kwarner@smithlaw.com
H. Hunter Bruton
N.C. State Bar No. 50601
hbruton@smithlaw.com
C. Michael Anderson
N.C. State Bar No. 42646
manderson@smithlaw.com
Post Office Box 2611
Raliegh, North Carolina 27602-2611
(t) (919) 821-1220
(f) (919) 821-6800

Lyndsay A. Gorton (application for *pro hac vice* forthcoming)
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(t) (202) 624-2500
(f) (202) 628-5116
LGorton@crowell.com

*Counsel for Defendant RTX Corporation*

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of August, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served via First-Class U.S. Mail and/or email upon the following:

Dr. Jarin Marcus Wray
4401 Barclay Downs Drive, Unit 613
Charlotte, North Carolina 28209
Jarin.M.Wray@gmail.com

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP**

*/s/ C. Michael Anderson*
Kirk G. Warner
N.C. State Bar No. 16238
kwarner@smithlaw.com
H. Hunter Bruton,
N.C. State Bar No. 50601
hbruton@smithlaw.com
C. Michael Anderson
N.C. State Bar No. 42646
manderson@smithlaw.com
Post Office Box 2611
Raliegh, North Carolina 27602-2611
(t) (919) 821-1220
(f) (919) 821-6800

*Counsel for Defendant RTX Corporation*