# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## No. 3:25-cv-00656

| | |
|---|---|
| **DR. JARIN M. WRAY**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| **RTX CORPORATION**, | ) ) |
| Defendant. | ) ) ) |

## RTX CORPORATION'S MOTION TO DISMISS

Defendant RTX Corporation ("RTX"), by counsel, respectfully moves this Court to dismiss Plaintiff Dr. Jarin M. Wray's Complaint, [D.E. 1-3], pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6). The grounds and authorities supporting this Motion are set forth in the accompanying Memorandum of Law in support of RTX's Motion.

Respectfully submitted, this 5th day of September, 2025.

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL JERNIGAN, LLP**

*/s/ C. Michael Anderson*
Kirk G. Warner
N.C. State Bar No. 16238
kwarner@smithlaw.com
H. Hunter Bruton
N.C. State Bar No. 50601
hbruton@smithlaw.com
C. Michael Anderson
N.C. State Bar No. 42646
manderson@smithlaw.com
150 Fayetteville Street, Suite 2300
Raleigh, N.C. 27601
Tel.: 919-821-1220
Fax: 919-821-6800

Lyndsay A. Gorton (*pro hac vice*)
D.C. Bar No. 981959
LGorton@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116

*Counsel for RTX Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September 2025, I electronically filed the foregoing document using the Court's NextGen CM/ECF system, which caused service on all counsel of record. I further certify that I served the following party via electronic mail and mail via the United States Postal Service.

>Dr. Jarin M. Wray
>4401 Barclay Downs Drive
>Unit 613
>Charlotte, N.C. 28209

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL JERNIGAN, LLP**

*/s/ C. Michael Anderson*
Kirk G. Warner
N.C. State Bar No. 16238
kwarner@smithlaw.com
H. Hunter Bruton
N.C. State Bar No. 50601
hbruton@smithlaw.com
C. Michael Anderson
N.C. State Bar No. 42646
manderson@smithlaw.com
150 Fayetteville Street, Suite 2300
Raleigh, N.C. 27601
Tel.: 919-821-1220
Fax: 919-821-6800

Lyndsay A. Gorton (*pro hac vice*)
D.C. Bar No. 981959
LGorton@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116

*Counsel for RTX Corporation*