IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:25-cv-00656-MOC-SCR

| | |
|---|---|
| **DR. JARIN M. WRAY**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **RTX CORPORATION**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

# NOTICE

Pursuant to Local Rule 7.1(e), Defendant RTX Corporation ("RTX") hereby files this notice that it does not intend to file a reply to Plaintiff's Response to RTX's Motion to Dismiss [D.E. 17]. RTX rests on its Motion to Dismiss and Memorandum in Support [D.E. 12, 13, 15].

Respectfully submitted, this 12th day of September, 2025.

                                        **SMITH, ANDERSON, BLOUNT,**
                                        **DORSETT, MITCHELL JERNIGAN, LLP**

                                        */s/ C. Michael Anderson*
                                        Kirk G. Warner
                                        N.C. State Bar No. 16238
                                        kwarner@smithlaw.com
                                        H. Hunter Bruton
                                        N.C. State Bar No. 50601
                                        hbruton@smithlaw.com
                                        C. Michael Anderson
                                        N.C. State Bar No. 42646
                                        manderson@smithlaw.com
                                        150 Fayetteville Street, Suite 2300
                                        Raleigh, N.C. 27601
                                        Tel.: 919-821-1220
                                        Fax: 919-821-6800

                                        Lyndsay A. Gorton (*pro hac vice*)
                                        D.C. Bar No. 981959

LGorton@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116

*Counsel for RTX Corporation*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 12th day of September 2025, I electronically filed the foregoing document using the Court's NextGen CM/ECF system, which caused service on all counsel of record. I further certify that I served the following party via electronic mail and/or mail via the United States Postal Service.

      Dr. Jarin M. Wray
      4401 Barclay Downs Drive
      Unit 613
      Charlotte, N.C. 28209

**SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL JERNIGAN, LLP**

*/s/ C. Michael Anderson*
Kirk G. Warner
N.C. State Bar No. 16238
kwarner@smithlaw.com
H. Hunter Bruton
N.C. State Bar No. 50601
hbruton@smithlaw.com
C. Michael Anderson
N.C. State Bar No. 42646
manderson@smithlaw.com
150 Fayetteville Street, Suite 2300
Raleigh, N.C. 27601
Tel.: 919-821-1220
Fax: 919-821-6800

Lyndsay A. Gorton (*pro hac vice*)
D.C. Bar No. 981959
LGorton@crowell.com
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: 202-624-2500
Fax: 202-628-5116

*Counsel for RTX Corporation*